UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS SCOTT HENRY,

    Plaintiff,

v.                                                   Case No: 6:14-cv-237-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

THIS CAUSE comes for consideration without oral argument on Plaintiff Thomas Scott Henry's complaint seeking review of the final decision of the Commissioner of Social Security denying his claim for social security benefits. (*See* Doc. 1.) The parties filed a Joint Memorandum addressing their respective positions on September 29, 2014. (Doc. 21) On December 30, 2014, Magistrate Judge Karla R. Spaulding entered a report and recommendation regarding same (Doc. 22).

Having reviewed the Report and Recommendation (Doc. 22) and filings in this case, the Court finds that Magistrate Spaulding erroneously recommended that the decision of the Commissioner be reversed. Substantial evidence supports the weight the Administrative Law Judge gave to the medical opinions in this case, as well as the Administrative Law Judge's findings concerning Henry's medical history, treatment records, credibility, ability to work, and limitations arising from Henry's vision problems. The Court finds that the Administrative Law Judge applied the proper legal analysis to Henry's disability claims, and it is hereby **ORDERED** and **ADJUDGED** that United States Magistrate Judge Karla R. Spaulding's Report and

Recommendation (Doc. 22) is **REJECTED**, and the Commissioner's final decision in this case is **AFFIRMED**. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida on this 27 day of January, 2015

**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record